679 A.2d 1264

Eric J. LEVIN and Christine F. Levin,

v.

BOARD OF SUPERVISORS OF BENNER TOWNSHIP, CEN-TRE COUNTY, Pennsylvania and State College Borough Water Authority and Daniel E. Shawley, Karen S. Shawley, Bibles for the World, Inc., State College Borough Water Authority.

STATE COLLEGE BOROUGH WATER AUTHORITY

v.

BOARD OF SUPERVISORS OF BENNER TOWNSHIP, CENTRE COUNTY, Pennsylvania and Eric Levin and Christine Levin. (Two Cases)

Eric J. LEVIN and Christine F. Levin,

v.

BOARD OF SUPERVISORS OF BENNER TOWNSHIP, CEN-TRE COUNTY, Pennsylvania and State College Borough Water Authority and Daniel E. Shawley, Karen S. Shawley, Bibles for the World, Inc.

Petition of BOARD OF SUPERVISORS OF BENNER TOWNSHIP. (Four Cases)

Petition of Eric J. LEVIN and Christine F. Levin, Cross Petitioners. (Four Cases)

Supreme Court of Pennsylvania.

Aug. 6, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of August, 1996, the Petition for Allowance of Appeal by the Benner Township Board of Supervisors is hereby **GRANTED.**

The Cross–Petition for Allowance of Appeal by the Levins is hereby **GRANTED** but **LIMITED** to the issue of preemption.

These matters are consolidated for argument.

Madame Justice Sandra Schultz Newman did not participate in the consideration or decision of this matter.